UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ISRAEL GONZALEZ ESTEFES, et al.,

                         **Plaintiffs,**                     **ORDER**

           -against-                       **16-CV-5118 (RLM)**

 MELODY CAFÉ RESTAURANT INC., et al.,

                        **Defendants.**
---------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      The Court has reviewed the parties' further revised Settlement Agreement, filed on December 18, 2017 (docket entry #31). Contrary to this Court's repeated warnings to counsel, Paragraph 4 of the latest revision still includes the overly broad language rejected by the Court. In light of the appropriately limited releases described in Paragraph 2, the Court is prepared to approve the December 18th Settlement Agreement with Paragraph 4 stricken.[1] The parties are directed to make that change and file their stipulation of discontinuance by January 3, 2018.

      **SO ORDERED.**

**Dated: Brooklyn, New York**
       **December 19, 2017**

                   /s/    *Roanne L. Mann*
                   **ROANNE L. MANN**
                   **CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] In addition, the second line of Paragraph 2 erroneously refers to "the named plaintiffs rather than "the named defendants . . . ."